# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NYMOX PHARMACEUTICAL CORPORATION, a Bahamas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASCELLAHEALTH, LLC, a Delaware Limited Liability Company, and DOES 1-20,<br><br>Defendants. | C.A. No.: 1:24-cv-00189-MN |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nymox Pharmaceutical Corporation hereby dismisses this action without prejudice.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
tlydon@ashbygeddes.com

*Attorneys for Plaintiff*
*Nymox Pharmaceutical Corporation*

Dated: March 6, 2025